Decision Per Curiam.

---

William Wilson DeHart and Frederick Gunby, Trustees, Appellants, vs. Barron Phillips, Appellee.

### DIVISION B.

Appeal from the Circuit Court, Hillsborough county; Joseph B. Wall, Judge.

*Hugh C. Macfarlane* and *Thomas M. Shackleford,* for Appellants.

*F. M. Simonton,* for Appellee.

The bill in this cause was filed by the appellee against the appellants. There was decree for the complainant, and the defendants appeal. The decree is affirmed.